THE LAW OFFICES OF
# JOSEPH MONACO, P.C.
*Attorney at Law*

| NEW YORK OFFICE | TELEPHONE (212) 486-4244 | NEW JERSEY OFFICE |
|---|---|---|
| 7 PENN PLAZA, SUITE 1606 | FACSIMILE (646) 807-4749 | 25 EAST SPRING VALLEY AVE., SUITE 330 |
| NEW YORK, NY 10001 | EMAIL jmonaco@monaco-law.com | MAYWOOD, NJ 07607 |

*SEND CORRESPONDENCE TO NEW YORK OFFICE

April 4, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/25/2022

<u>Via ECF</u>

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, New York 100007

Re: Gonzalez v. NutriBullet, LLC,
<u>Docket #21-cv-06365-MKV</u>

Dear Judge Vyskocil,

I represent the plaintiff in the above matter. I am writing to respectfully request that my letter dated March 31, 2022 (Docket #24) be deleted from the docket and/or placed under seal.

Respectfully,

*Joseph D. Monaco, III*

Joseph D. Monaco, Esq.

Cc: Scott Haworth, Esq.

---

DENIED. There is a strong presumption of public access to judicial documents. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006). Plaintiff's counsel has not offered any argument or explanation to overcome that presumption. Moreover, once information about a settlement is made public, the Court has no power to make it private again. *See Gambale v. Deutsche Bank AG*, 377 F.3d 133, 144 (2d Cir. 2004).

Date:  April 25, 2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge