THE LAW OFFICES OF
## JOSEPH MONACO, P.C.
*Attorney at Law*

NEW YORK OFFICE
7 PENN PLAZA, SUITE 1606
NEW YORK, NY 10001

TELEPHONE (212) 486-4244
FACSIMILE (646) 807-4749
EMAIL jmonaco@monaco-law.com

NEW JERSEY OFFICE
25 EAST SPRING VALLEY AVE., SUITE 330
MAYWOOD, NJ 07607

*SEND CORRESPONDENCE
TO NEW YORK OFFICE

May 2, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/3/2022
```

<u>Via ECF</u>

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, New York 100007

          Re: Gonzalez v. NutriBullet, LLC,
            <u>Docket #21-cv-06365-MKV</u>

Dear Judge Vyskocil,

  I represent the plaintiff in the above matter. I am writing with defense counsel's consent to respectfully request an additional 2 weeks to file the stipulation of dismissal. The time is needed to allow for the exchange of paperwork.

  The Court's Order allowed until May 1st to move to reopen the case – that date fell on a Sunday. We do not believe that reopening is required at this time and the additional time will allow the parties to file the stipulation by May 15th.

            Respectfully,

            *Joseph D. Monaco, III*

            Joseph D. Monaco, Esq.

Cc: Scott Haworth, Esq.

---

**Granted. SO ORDERED.**

Date: May 3, 2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge